IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

BRIAN ADONIS ISLER,   *

      Plaintiff,   *

v.   Case No. 1:25-CV-93 (LAG) (ALS)

   *

DISTRICT ATTORNEY
LEWIS R. LAMB, et al.,   *

      Defendants.   *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of August, 2025.

                David W. Bunt, Clerk

                s/ Michelle Paschal, Deputy Clerk